### 35735. WALLACE et al. v. BLEDSOE et al.

MARSHALL, Justice.

This is an appeal from an order denying a motion to intervene and add a party defendant in a case pending in the trial court. Since the order appealed from is not a final judgment (*Henderson v. Atlanta Transit System, Inc.,* 233 Ga. 82 (210 SE2d 4) (1974); *Guthrie v. Monumental Properties, Inc.,* 141 Ga. App. 25 (232 SE2d 372) (1977)), and the interlocutory appeal procedure specified by Code Ann. § 6-701(a)2 has not been followed, the appeal must be dismissed. *American Mut. Liab. Ins. Co. v. Moore,* 120 Ga. App. 624 (171 SE2d 751) (1969); *Walker v. Robinson,* 232 Ga. 361 (207 SE2d 6) (1974).

*Appeal dismissed. All the Justices concur.*

DECIDED NOVEMBER 6, 1979.

*Peter Zack Geer,* for appellants.
*Frank S. Twitty, Jr.,* for appellees.